## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNELL STOREFRONT SYSTEMS, INC., | : | No. 3:23cv555 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| MOBILFLEX INC., | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this ⬯ day of August 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) The motion to dismiss plaintiff's complaint filed by defendant pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction, (Doc. 34), is hereby **DENIED**;

2) Defendant's motion for judgment on the pleadings pursuant to Rule 12(c), (Doc. 34), is also **DENIED**; and

3) The denial of dismissal on *res judicata* grounds is without prejudice.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court