## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNELL STOREFRONT SYSTEMS, INC., | : | No. 3:23cv555 |
| Plaintiff | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| MOBILFLEX INC., | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 25 day of June 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant's motion for reconsideration and for certification of an interlocutory appeal, (Doc. 48), is hereby **DENIED**;

2) The parties are directed to file a status report **on or before June 30, 2026** as to whether a settlement conference with the undersigned or a magistrate judge would be productive at this time; and

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court